UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LORNA A. OSBORNE,

                Plaintiff,

v.                                                            Case No.  5:08-cv-347-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner Of The
Social Security Administration,

                Defendant.
_____/

**REPORT AND RECOMMENDATION**[1]

Pending before the Court is Plaintiff's Motion To Proceed *In Forma Pauperis* (Doc. 2) and Affidavit of Indigency (Doc. 3.)  Plaintiff represents that she is disabled and unable to pay the fees and costs of pursuing this action and  therefore requests that the Court authorize her to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915, the Court "*may* authorize the commencement, prosecution or defense of any suit, action or proceeding . . .  without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets."  (Emphasis added.)  Here, based on the information disclosed in Plaintiff's Affidavit of Indigency, Plaintiff has failed to meet her burden of showing that she does not have the means to pay the $350 filing fee associated with pursuing this action.  Indeed, Plaintiff's Affidavit shows that she has $4,000 in savings, which is well in excess of the

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within ten (10) days after service of this report and recommendation.  Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

filing fee. Moreover, while Plaintiff has identified several debts in her Affidavit she represents that she is not making any monthly payments on those debts.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Motion To Proceed *In Forma Pauperis* (Doc. 2) should be **DENIED**.

**IN CHAMBERS** in Ocala, Florida, on August 26, 2008.

GARY R. JONES
United States Magistrate Judge

Copies to:

All Counsel