UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LORNA A. OSBORNE,

        Plaintiff,

-vs-                                             Case No. 5:08-cv-347-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

        Defendant.
_____/

## ORDER

The United States Magistrate Judge has issued a report (Doc. 4) recommending that the Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) be denied. No objections have been filed, and the time for filing objections has elapsed. Accordingly, upon due consideration, it is ORDERED and ADJUDGED that the Magistrate Judge's Report and Recommendation (Doc. 4) is adopted, confirmed, and made a part hereof.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 20th day of September, 2008.

                                                    UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record